UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 03-852 (MLC) |
| v. : | |
| : | **ORDER** |
| ATLANTIC STATES CAST IRON : | |
| PIPE CO., JOHN PRISQUE, : | |
| SCOTT FAUBERT, JEFFREY MAURY, : | |
| and CRAIG DAVIDSON, : | |
| : | |
| Defendants. : | |

This matter being opened to the Court on a motion by defendant Atlantic States Cast Iron Pipe Company, seeking an order to seal financial information; and the Court having reviewed the papers submitted in support of and in opposition to the motion, and having conducted oral argument on the record on August 17, 2006; and for the reasons stated on the record on that date,

**IT IS** on this 18th of August, 2006, **ORDERED** that said motion (dkt. entry 627) is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART, as follows:**

**IT IS HEREBY ORDERED** that unless prior leave of this Court is requested and granted,

(1) sentencing briefs and memoranda, and all related materials, shall be submitted to chambers and not filed on the docket;

(2) the parties are not to disclose, by any means, the contents of those materials or the contents of any presentence report; and

(3) the balance of the relief requested in said motion is

**DENIED WITHOUT PREJUDICE.**

                                                    s/Mary L. Cooper
                                **MARY L. COOPER**
                                United States District Judge