```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

```
UNITED STATES OF AMERICA      :
                              :     CRIMINAL NO. 03-852 (MLC)
            v.                :
                              :     SCHEDULING ORDER
ATLANTIC STATES CAST IRON     :
PIPE CO., JOHN PRISQUE,       :
SCOTT FAUBERT, JEFFREY MAURY, :
and CRAIG DAVIDSON,           :
                              :
            Defendants.       :
                              :
```

This matter having been addressed by the Court on the record with the parties on February 3, 2009;

**IT IS** on this 5th day of February, 2009, **ORDERED** that the schedule for completion of the sentencing process is as follows:

| | |
|---|---|
| Feb. 18, 2009 | U.S. Probation submits final PSRs; |
| Mar. 20, 2009 | Parties submit Sentencing Memoranda addressing Step 2 (departure) and Step 3 (determining the sentence under 18 U.S.C. § 3553(a)); |
| Apr. 1, 2009 | Parties submit reply to Sentencing Memoranda; |
| Apr. 20, 2009 | Sentencing hearing of defendant Prisque; |
| Apr. 21, 2009 | Sentencing hearing of defendant Faubert; |
| Apr. 22, 2009 | Sentencing hearing of defendant Maury; |
| Apr. 23, 2009 | Sentencing hearing of defendant Davidson; |
| Apr. 24, 2009 | Sentencing hearing of defendant Atlantic States Cast Iron Pipe Company; |

all sentencing hearings to commence at 10:00 a.m.; and

**IT IS FURTHER ORDERED** that all parties' objections to prior drafts of the PSRs, as expressed in sentencing briefs already submitted to the Court, are hereby preserved and should not be repeated in the Sentencing Memoranda. Any new objections to contents of the Final PSRs shall be set forth in the parties' Sentencing Memoranda, for the reasons stated on the record on February 3, 2009. No further objections are to be submitted to U.S. Probation, which is directed not to prepare Addenda to the Final PSRs. The Court will address objections to the Final PSRs at sentencing, along with all other issues presented for its determination.

                                   s/
                                   **MARY L. COOPER**
                                   United States District Judge