```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 03-852 (MLC) |
| v. | : | |
| | : | **ORDER ON MOTION 744** |
| ATLANTIC STATES CAST IRON | : | **AND NOTICE** |
| PIPE COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

This matter being opened to the Court on motion of the United States, seeking certain relief under the Crime Victims' Rights Act, 18 U.S.C. § 3771; and defendants having submitted opposition; and the Court having considered the briefs of the parties and having conducted oral argument; and for the reasons stated in the Memorandum Opinion filed herewith,

**IT IS** on this 23rd day of March, 2009, **ORDERED** that the motion (docket entry no. 744) is **MOOT** as to scheduling sentencing dates; and the balance of the relief requested is **DENIED.**

**NOTICE IS HEREBY PROVIDED** that where, as here, any relief sought in this motion has been denied by the district court, the movant may petition the court of appeals for a writ of mandamus pursuant to 18 U.S.C. § 3771(d)(3); and where the government is the movant, it may also assert as error on appeal, pursuant to 18 U.S.C. § 3771(d)(4), the district court's denial of such relief.

                                                      s/ Mary L. Cooper
                                                 **MARY L. COOPER**
                                                 United States District Judge